IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **JOSEPH HEYWARD** | : | **CIVIL ACTION** |
| | : | |
| **v.** | : | **NO. 20-530** |
| | : | |
| **CITY OF PHILADELPHIA**, *et al.* | : | |

# ORDER

**AND NOW**, this 15th day of September 2020, upon considering the Defendants' Motion to dismiss (ECF Doc. No. 12), the *pro se* Plaintiff's responsive Declaration (ECF Doc. No. 13), and for reasons in the accompanying Memorandum, it is **ORDERED**:

1. The Defendants' Motion to dismiss (ECF Doc. No. 12) is **GRANTED** without prejudice and with leave to file an amended Complaint on or before **October 5, 2020** consistent with the accompanying Memorandum and Federal Rules 8 and 11; and,

2. We shall direct the Clerk of Court to close this case absent a timely filed amended Complaint.

_____
**KEARNEY, J.**