IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **JOSEPH HEYWARD** | : | **CIVIL ACTION** |
| | : | |
| v. | : | NO. 20-530 |
| | : | |
| **HOMICIDE DET. JOHN HARKINS AND OFFICER JOHN TAGGART,** *et al.* | : : : | |

# ORDER

**AND NOW**, this 23rd day of February 2022, upon considering the Defendant Officers' Motion for summary judgment (ECF Doc. No. 81), Plaintiff's Opposition (ECF Doc. No. 83), and for reasons in the accompanying memorandum addressing no genuine issues of material fact precluding judgment as a matter of law, it is **ORDERED** Defendants' Motion (ECF Doc. No. 81) is **GRANTED** and the Clerk of Court shall **CLOSE** this case.

*[signature]*
**KEARNEY, J.**